# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS F. DICKERSHAID, | No. CV 12-2206-GAF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DANIEL PARAMO, Warden, | |
| Respondent. | |

Pursuant to the order adopting the findings, conclusions, and recommendation of the United States Magistrate Judge, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: December 20, 2012

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE